**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-4391**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

VIRGIL AVERY WITHERS,

            Defendant - Appellant.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Catherine C. Eagles,
District Judge.  (1:11-cr-00371-CCE-1)

Submitted:  November 19, 2013        Decided:  November 21, 2013

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Virgil Avery Withers, Appellant Pro Se.  Clifton Thomas Barrett,
Assistant United States Attorney, Greensboro, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virgil Avery Withers, who finished serving a 151-month sentence on his conviction to two counts of bank robbery, now appeals the district court's order modifying the conditions of his supervised release to require him to participate in a program of the Residential Re-entry Center. Because "[d]istrict courts have broad latitude to impose conditions on supervised release," the conditions imposed are reviewed "only for abuse of discretion." United States v. Armel, 585 F.3d 182, 186 (4th Cir. 2009) (internal quotation marks omitted). On appeal, Withers challenges, as he did below, the district court's jurisdiction to convict him on the original charges. Because Withers fails to specifically challenge the modification order and we find no abuse of discretion, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED